**DISMISSED and Opinion Filed August 13, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00687-CV

## IN RE HOWARD HOLLAND, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 31610-422**

## MEMORANDUM OPINION
Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Carlyle

Before the Court is relator's June 7, 2024 petition for writ of mandamus in which he seeks to compel the trial court to rule on a December 28, 2023 motion to enter nunc pro tunc order. On July 3, 2024, we requested a response to relator's petition. On August 8, 2024, the trial court filed a certified copy of its July 26, 2024 order ruling on relator's motion. The trial court's ruling on relator's motion delivers all the relief relator is requesting and entitled to and thus renders this mandamus proceeding moot. *See In re Johnson*, 599 S.W.3d 311, 312 (Tex. App.—Dallas 2020, orig. proceeding).

Accordingly, we dismiss as moot relator's petition for writ of mandamus. *See id.*

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

240687F.P05